# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
     v. ) CR. S 06-013 FCD
      )
JESUS HIGUERA-MACHADO, )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum           ( ) Ad Testificandum.
Name of Detainee: JESUS HIGUERA-MACHADO, aka Jesus Machado Higuera, aka Jesus Higuera

Detained at (custodian): R.J. Donovan Correctional Center

Detainee is:  a.)  (X) charged in this district by:
               (X) Indictment    ( ) Information    ( ) Complaint
               Charging Detainee With: _____

    or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
    or  b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary January 20, 2006 at 2:00 pm in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum           ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on January 20, 2006 and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

1/18/06                             /s/ Gregory G. Hollows
Date                               United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Jesus Machado Higuera & Jesus Higuera | Male  X  Female | |
| Booking or CDC #: | V37928 | DOB: | |
| Facility Address: | 480 Alta Road | Race: | |
| | San Diego, CA 92179 | FBI #: | 4833121B |
| Facility Phone: | 619-661-3152 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____      _____
                                                                 (Signature)

higuera.ord